## MARLOW v. MARLOW.

A judgment of an ordinary upon a habeas corpus proceeding insti-
tuted by a father against his own parents to obtain the custody of
his minor child will not, after its affirmance by the superior court,
be disturbed, the evidence being conflicting as to whether or not the
father relinquished his parental right in favor of the grandparents,
and it not appearing that he was in any respect an unfit or improper
person to have the custody and control of the child.

Submitted June 15,—Decided July 23, 1898.

Habeas corpus—certiorari. Before Judge Kimsey. Lump-
kin superior court. October term, 1897.

*Boyd & Lilly,* for plaintiff in error.
*Rufe H. Baker,* contra.

LUMPKIN, P. J. This was a controversy between a father
and his parents over the custody of a minor child of the former.
He sued out a writ of habeas corpus to obtain from his father
and mother the possession of the child. The case was heard by
the ordinary, by whom the writ was issued, and he awarded the
child to the petitioner. On certiorari the ordinary's judgment
was affirmed, and the grandparents excepted. No question of
law is presented. The evidence was conflicting as to whether
or not the father had relinquished to his parents his parental
right to and control over the child's person. There was no evi-
dence showing that he was in any respect an unfit or improper
person to have the custody and control of his child. There is
nothing, therefore, for us to do but to affirm the judgment. The
case of *Franklin* v. *Carswell,* 103 *Ga.* 553, is controlling.

*Judgment affirmed. All the Justices concurring.*